IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:18-cv-513-GCM

| | | |
|---|---|---|
| ALLEN D. PEASE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CONNECTYOURCARE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

 **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Henrietta U. Golding** filed November 30, 2018 [doc. # 10].

 Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

 In accordance with Local Rule 83.1 (B), Ms. Golding is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Allen D. Pease.

 **IT IS SO ORDERED.**

Signed: December 3, 2018

Graham C. Mullen
United States District Judge